1 | FRED W. ALVAREZ, State Bar No. 068115
TROY A. VALDEZ, State Bar No. 191478
2 | KWANG H. KIM, State Bar No. 233341
WILSON SONSINI GOODRICH & ROSATI
3 | Professional Corporation
650 Page Mill Road
4 | Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
5 | Facsimile: (650) 565-5100
Email: falvarez@wsgr.com
6 |         tvaldez@wsgr.com
        kkim@wsgr.com
7 | Attorneys for Defendant
SAFECO INSURANCE COMPANY OF
8 | AMERICA

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | KIRK LONG, individually, on behalf of all            )   CASE NO.:  C 07 2746 JL
     others similarly situated, and on behalf of the     )
13 | general public,                                     )   DECLINATION TO PROCEED
                                                         )   BEFORE A MAGISTRATE JUDGE
14 |                Plaintiff,                           )   AND REQUEST FOR
                                                         )   REASSIGNMENT TO A UNITED
15 |         v.                                          )   STATES DISTRICT JUDGE
                                                         )
16 | SAFECO INSURANCE COMPANY OF                         )
     AMERICA,                                            )
17                                                       )
                    Defendant.                           )
18 |_____)

28 | DECLINATION TO PROCEED BEFORE A          -1-                                    3142766_1.DOC
     MAGISTRATE JUDGE AND REQUEST FOR
     REASSIGNMENT TO A UNITED STATES
     DISTRICT JUDGE
     Class Action No. C 07 2746 JL

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 27, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
    Fred W. Alvarez

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Class Action No. C 07 2746 JL

-2-

3142766_1.DOC