UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIRK LONG

       Plaintiff(s),                             No. 07-02746 JL

  v.                                     NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

SAFECO INSURANCE CO

       Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for September 5, 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: June 28, 2007

                                            Richard W. Wieking, Clerk
                                            United States District Court

                                            *Wings Hom*
                                            By: Wings Hom, Deputy Clerk