PETER S. RUKIN (SBN 178336)
STEPHANIE A. DORIA (SBN 196825)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA  94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Individual and Representative Plaintiff
KIRK LONG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO AND OAKLAND DIVISION

| | |
|---|---|
| KIRK LONG, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | **CASE NO.  C07-2746**<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

attached Consent Form for the following person:


Kirk  Long


Dated:  June 27, 2007                    RUKIN HYLAND DORIA & TINDALL LLP


By: _____/s/_____
      Peter Rukin

Attorneys for Individual and Representative Plaintiff
KIRK LONG

NOTICE OF CONSENT FILING