## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Safeco Insurance Company of America as a Plaintiff to assert claims against it for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. I have been employed by Safeco as a Field Examiner within the past three years and have regularly worked over 40 hours per week without overtime compensation.

_Kirk Long_ [signature]
Signature

6-20-07
Date