FRED W. ALVAREZ, State Bar No. 068115
TROY A. VALDEZ, State Bar No. 191478
KWANG H. KIM, State Bar No. 233341
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: falvarez@wsgr.com
       tvaldez@wsgr.com
       kkim@wsgr.com
Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA


PETER S. RUKIN, State Bar No. 178336
STEPHANIE DORIA, State Bar No. 196825
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Plaintiff
KIRK LONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK LONG, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>        Plaintiff,<br><br>    v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | CASE NO.: C 07 2746 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT AN EXTENSION TO AUGUST 2, 2007 TO RESPOND TO COMPLAINT AND FOR TOLLING<br><br>Complaint Filed: May 24, 2007 |

WHEREAS, on May 24, 2007, Plaintiff filed this action on behalf of himself and a proposed Fair Labor Standards Act Collective Class ("FLSA Putative Class") and California Rule 23 Class of Safeco Field Examiners; and

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT AN EXTENSION TO AUGUST 2, 2007 TO RESPOND TO COMPLAINT
CLASS ACTION NO. C 07 2746 JL

-1-

3144484.1

1  WHEREAS, Plaintiff served Defendant with the Complaint on June 15, 2007; and

2  WHEREAS, Defendant has requested an additional 28 days to investigate the allegations
of the Complaint to competently respond to the sixty (60) paragraphs of allegations regarding
current and former employees around the country;

WHEREAS, in exchange for an extension of time to file a responsive pleading to the
Complaint, Plaintiff has requested that the statute of limitations for the FLSA Putative Class be
tolled for a period of 28 days;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the
parties, through their attorneys, that Defendant shall have until August 2, 2007 to file a
responsive pleading to the Complaint, and that the applicable statutes of limitations or other
deadlines for the filing of claims or consents to sue by the members of the FLSA Putative Class
are tolled for a period of 28 days, from July 5, 2007 until August 2, 2007.

Dated: July 5, 2007

_____
Peter Rukin
Attorney for Plaintiff

Dated: July 6, 2007

_____
Fred W. Alvarez
Attorney for Defendant


Good Cause appearing, it is APPROVED and IT IS SO ORDERED

Dated: July 9, 2007

_____
Honorable Martin J. Jenkins
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER GRANTING
DEFENDANT AN EXTENSION TO AUGUST 2, 2007 TO
RESPOND TO COMPLAINT
CLASS ACTION NO. C 07 2746

-2-

3144484.1

1       I, Troy A. Valdez, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT AN EXTENSION TO AUGUST 2, 2007 TO RESPOND TO COMPLAINT. I hereby attest that Peter Rukin has concurred in this filing.

Dated: July 6, 2007

                              WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation

                              By: _____
                                  Troy A. Valdez

                              Attorneys for Defendant
                              SAFECO INSURANCE COMPANY
                              OF AMERICA

STIPULATION AND [PROPOSED] ORDER GRANTING
DEFENDANT AN EXTENSION TO AUGUST 2, 2007 TO    -3-
RESPOND TO COMPLAINT
CLASS ACTION NO. C 07 2746                                        3144484.1