1 | FRED W. ALVAREZ, State Bar No. 068115
TROY A. VALDEZ, State Bar No. 191478
2 | KWANG H. KIM, State Bar No. 233341
WILSON SONSINI GOODRICH & ROSATI
3 | Professional Corporation
650 Page Mill Road
4 | Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
5 | Facsimile: (650) 565-5100
Email: falvarez@wsgr.com
6 | Email: tvaldez@wsgr.com
Email: kkim@wsgr.com
7 | Attorneys for Defendant
SAFECO INSURANCE COMPANY OF
8 | AMERICA

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO AND OAKLAND DIVISIONS

12

13 | KIRK LONG, individually, on behalf of all )    CASE NO.:  C 07 2746
others similarly situated, and on behalf of the )
14 | general public, )
 )
15 | Plaintiff, )
 )
16 | v. )    **RULE 7.1 DISCLOSURE
 )    STATEMENT AND CIVIL LOCAL
17 | SAFECO INSURANCE COMPANY OF )    RULE 3-16 CERTIFICATION OF
AMERICA, )    INTERESTED ENTITIES OR
 )    PERSONS FOR SAFECO
18 | )    INSURANCE COMPANY OF
Defendant. )    AMERICA**
19 | )
 )
20 | )    Before:  Judge Martin J. Jenkins
 )
21 | )
 )
22 | )
 )
23 | )

24

25

26

27

28

DEF.'S CERTIFICATION OF INTERESTED
ENTITIES; CASE NO. C 07 2746

1

## DISCLOSURE STATEMENT

2    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Safeco Insurance

3  Company of America ("Safeco") and the undersigned counsel for Safeco certify that there are no

4  parent corporations or publicly-held corporations owning ten percent (10%) or more of Safeco's

5  common stock.

6

7

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

8    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

9  named parties, there is no such interest to report.

10

11

12

13

14  Dated:  August 2, 2007                     WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
15

16
                                                By:_____/s/_____
17                                                     Fred W. Alvarez

18                                              Attorneys for Defendant
                                                Safeco Insurance Company of America
19

20

21

22

23

24

25

26

27

28