FRED W. ALVAREZ, State Bar No. 068115
TROY A. VALDEZ, State Bar No. 191478
KWANG H. KIM, State Bar No. 233341
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: falvarez@wsgr.com
Email: tvaldez@wsgr.com
Email: kkim@wsgr.com
Attorneys for Defendant
SAFECO INSURANCE COMPANY OF
AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO AND OAKLAND DIVISIONS

| | |
|---|---|
| KIRK LONG, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | CASE NO.:  C 07 2746<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (RULE 12b(6) AND MOTION TO STRIKE (RULE 12(f))**<br><br>Date:　September 11, 2007<br>Time:　9:30 a.m.<br>Dept:　Courtroom 11<br><br>Before:  Judge Martin J. Jenkins |

[PROPOSED] ORDER GRANTING DEF.'S
MOTION TO DISMISS/STRIKE PLAINTIFF'S
COMPLAINT UNDER [F.R.C.P. 12b(6) and 12(f)];
CASE NO. C 07 2746

1  The motion of defendant Safeco Insurance Company of America ("Defendant") for an order dismissing Plaintiff's Complaint ("Complaint") came on regularly for hearing on September 11, 2007 at 9:30 a.m. before the Honorable Martin J. Jenkins.  Having considered the papers in support of and in opposition to the motion, as well as having considered the oral arguments of the parties and the papers on file on this action and good cause appearing:

IT IS HEREBY ORDERED that Defendant's motion to dismiss the Complaint is GRANTED in its entirety on the grounds that it fails to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that Defendant's Motion to Strike is Granted as Requested.  Accordingly, all references to jurisdiction under the Class Action Fair Act (28 U.S.C. § 1332(d)(2)) shall be stricken from the Complaint.  In addition, all references requesting that Plaintiff's collective action under the Fair Labor and Standards Act ("FLSA") be treated as a class action under Federal Rules of Civil Procedure Rule 23 shall be stricken from the Complaint.

IT IS SO ORDERED.

Dated: _____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE