1  PETER S. RUKIN (SBN 178336)
   STEPHANIE A. DORIA (SBN 196825)
2  RUKIN HYLAND DORIA & TINDALL LLP
   100 Pine Street, Suite 725
3  San Francisco, CA 94111
   Telephone: (415) 421-1800
4  Facsimile: (415) 421-1700

5  Attorneys for Individual and Representative Plaintiff
   KIRK LONG
6

7              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8              SAN FRANCISCO AND OAKLAND DIVISION

9

10

11 KIRK LONG, individually, on behalf of all
   others similarly situated, and on behalf of
12 the general public,
                                                 CASE NO. C07-2746
13           Plaintiff,
                                                 NOTICE OF VOLUNTARY DISMISSAL
14     vs.                                       WITH PREJUDICE

15 SAFECO INSURANCE COMPANY OF
   AMERICA,
16
             Defendant.
17

18 TO THE COURT AND ALL PARTIES OF RECORD:

19 NOTICE IS HEREBY GIVEN that, pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff Kirk Long

20 voluntarily dismisses the above-captioned action with prejudice.

21

22 Dated: August 22, 2007             RUKIN HYLAND DORIA & TINDALL LLP

23
                                      By: _____
24                                        Peter Rukin

25                                    Attorneys for Individual and Representative Plaintiff
                                      KIRK LONG
26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE