1  PETER S. RUKIN (SBN 178336)
   STEPHANIE A. DORIA (SBN 196825)
2  RUKIN HYLAND DORIA & TINDALL LLP
   100 Pine Street, Suite 725
3  San Francisco, CA 94111
   Telephone: (415) 421-1800
4  Facsimile: (415) 421-1700

5  Attorneys for Individual and Representative Plaintiff
   KIRK LONG

6

7              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
8              SAN FRANCISCO AND OAKLAND DIVISION

9

10

11 KIRK LONG, individually, on behalf of all
   others similarly situated, and on behalf of
12 the general public,                          CASE NO. C07-2746

13              Plaintiff,                      NOTICE OF VOLUNTARY DISMISSAL
                                                WITH PREJUDICE
14      vs.

15 SAFECO INSURANCE COMPANY OF
   AMERICA,
16
                Defendant.
17

18 TO THE COURT AND ALL PARTIES OF RECORD:

19 NOTICE IS HEREBY GIVEN that, pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff Kirk Long

20 voluntarily dismisses the above-captioned action with prejudice.

21

22 Dated: August 22, 2007              RUKIN HYLAND DORIA & TINDALL LLP

23
   IT IS SO ORDERED       By: _____
24                              Peter Rukin

25                              Attorneys for Individual and Representative Plaintiff
                                KIRK LONG
26 MARTIN J. JENKINS
   UNITED STATES DISTRICT JUDGE
27 8/22/07
   _____
28         DATE

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE